# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Melissa Solano and Ceil Stearman vs. Rolling Stone LLC., | FILED: JULY 09, 2008<br>08 CV 3909<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE VALDEZ<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rolling Stone LLC.,

| | |
|---|---|
| **NAME** (Type or print)<br>Natalie A. Harris | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Natalie A. Harris | |
| **FIRM**<br>Mandell Menkes LLC | |
| **STREET ADDRESS**<br>333 W. Wacker Drive #300 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6272361 | **TELEPHONE NUMBER**<br>312-251-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |