IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------- )
                                                                 )
MELISSA SOLANO and CEIL STEARMAN                                 )
                                                                 )   08 CV 3909
                            Plaintiffs,                          )
                                                                 )   Judge Joan Humphrey Lefkow
            - against -                                          )
                                                                 )   Magistrate Judge Valdez
ROLLING STONE L.L.C.,                                            )
                                                                 )
                            Defendant.                           )
                                                                 )
                                                                 )
---------------------------------------------------------------- 

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD**

Defendant, Rolling Stone L.L.C. ("Defendant"), moves this Court for an extension of time within which to answer or otherwise plead to plaintiffs, Melissa Solano and Ceil Stearman's ("Plaintiffs") complaint in the above-captioned action, to and including August 11, 2008.  In support of its motion, Defendant states as follows:

1. On or about May 23, 2008, Plaintiffs filed a complaint against Defendant in the Circuit Court of Cook County entitled *Melissa Solano and Ceil Stearman v. Rolling Stone L.L.C.* Case No. 08 L 5729 ("Complaint").

2. On or about June 10, 2008, Defendant was served with copies of the Summons and Complaint.

3. On or about July 3, 2008, Defendant contacted Plaintiffs' counsel with a request to extend the time for Defendant to answer or otherwise plead to Plaintiffs' complaint.

4. On July 3, 2008, Plaintiffs' counsel signed a stipulation to extend the time for Defendant to answer or otherwise plead up to and including August 11, 2008.  A copy of the stipulation is attached to this Motion as Exhibit A.

5. On July 9, 2008, Defendant filed a Notice of Removal with this Court to remove this matter from state court on diversity jurisdiction grounds.

6. On July 10, 2008, counsel for Plaintiffs affirmed via e-mail that Plaintiffs do not oppose a thirty day-extension of time for Defendant to answer or otherwise plead.

WHEREFORE, Defendant, Rolling Stone, L.L.C., respectfully requests an additional thirty (30) days, to and including August 11, 2008, in which to answer or otherwise respond to Plaintiffs' Complaint.

Dated: July 10, 2008

Respectfully submitted,

ROLLING STONE, L.L.C.

By: /Steven L. Baron/

Steven L. Baron, ARDC No. 6200868
Natalie A. Harris, ARDC No. 6272361
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois  60606
Telephone:  (312) 251-1000
Facsimile:   (312) 251-1010

*Attorneys for Defendant*

Of Counsel:
Elizabeth A. McNamara
Bryan M. Tallevi
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MELISSA SOLANO and<br>CEIL STEARMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROLLING STONE L.L.C.,<br>a Foreign Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 08 L 5729<br>)  Calendar S<br>) |

### STIPULATION

  The parties, by their respective counsel, hereby stipulate to extend the time for defendant, Rolling Stone, L.L.C., to answer or otherwise plead to plaintiff's complaint, to and including August 11, 2008.

AGREED TO BY:

| MELISSA SOLANO and CEIL STEARMAN | ROLLING STONE L.L.C. |
|---|---|
| By: _[signature]_<br>Steven A. Sigmond<br>Attorney for plaintiffs<br>Dated: July 3, 2008 | By: _[signature]_<br>Elizabeth McNamara<br>Attorney for defendant<br>Dated: July 7, 2008 |

Prepared by:

| | |
|---|---|
| Steven L. Baron<br>Mandell Menkes LLC (Firm No. 38081)<br>333 West Wacker Drive, Suite 300<br>Chicago, Illinois 60606<br>(312) 251-1000<br>*Attorneys for defendant* | Elizabeth McNamara<br>Davis Wright Tremaine LLP<br>1633 Broadway, 27th Floor<br>New York, NY 10019<br>Tel: (212) 603-6437 |<br>*Of counsel for defendant* |

Exhibit A