## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------- )
                          )
MELISSA SOLANO and CEIL STEARMAN   )
                          )    08 CV 3909
           Plaintiffs,   )
                           )    Judge Joan Humphrey Lefkow
       - against -   )
                           )    Magistrate Judge Valdez
ROLLING STONE L.L.C.,   )
                           )
           Defendant.   )
                           )
                           )
-------------------------------------------------------- )

### NOTICE OF UNOPPOSED MOTION

TO:     Steven A. Sigmond
           The Law Offices of Steven A. Sigmond
           354 N. Canal
           Suite 1208
           Chicago, IL 60606
           E-mail:  steve@siglaw.com

       **PLEASE TAKE NOTICE** that on **July 15, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead in Courtroom 1925 of the U.S. District Court, Northern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached ***Unopposed Motion for Extension of Time for Rolling Stone to Answer or Otherwise Plead***, a copy of which is hereby served upon you.

Dated: July 10, 2008

                        Respectfully submitted,

                        ROLLING STONE, L.L.C.

                        By:       /Steven L. Baron_____
                            One of its attorneys

Steven L. Baron (ARDC #6200868)
Natalie A. Harris (ARDC #6272361)
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (312) 251-1000

*Attorneys for Defendant*

Of Counsel:

Elizabeth A. McNamara
Bryan M. Tallevi
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served a true and correct copy of the foregoing ***Notice of Unopposed Motion*** and ***Unopposed Motion for Extension of Time for Rolling Stone to Answer or Otherwise Plead*** on:

> Steven A. Sigmond
> The Law Offices of Steven A. Sigmond
> 354 N. Canal
> Suite 1208
> Chicago, IL 60606
> E-mail:  steve@siglaw.com

via First Class United States mail, postage prepaid and via electronic mail on July 10, 2008.

> <u>/Steven L. Baron/</u>
> Steven L. Baron