## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Melissa Solano, et al.
                                 Plaintiff,

v.                                                Case No.: 1:08−cv−03909
                                                  Honorable Joan H. Lefkow

Rolling Stone L.L.C.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Defendant's unopposed motion for extension of time to 8/11/2008 for defendant to answer or otherwise plead [7] is granted. Status hearing set for 8/28/2008 at 09:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.