UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELISSA SOLANO and CEIL STEARMAN, ) | |
| ) | |
| Plaintiffs, ) | Case No. 08 CV 3909 |
| ) | |
| v. ) | Judge Joan Humphrey Lefkow |
| ) | |
| ROLLING STONE L.L.C., ) | Magistrate Judge Valdez |
| ) | |
| Defendant. ) | |

## DEFENDANT ROLLING STONE, L.L.C.'S
## STATEMENT UNDER LOCAL RULE 3.2

Pursuant to Local Rule 3.2, Defendant Rolling Stone L.L.C., a Delaware Corporation, hereby states that it has no publicly held affiliates.

Dated: July 17, 2008

Respectfully submitted,

ROLLING STONE L.L.C.


By:   /s/ Lindsay H. LaVine
      One of its Attorneys

Steven L. Baron *(ARDC No. 6200868)*
Natalie A. Harris *(ARDC No. 6272361)*
Lindsay H. LaVine *(ARDC No. 6291725)*
**Mandell Menkes LLC**
333 W. Wacker Drive, Ste. 300
Chicago, Illinois  60606
Tel:  (312) 251-1000

*Attorneys for Defendants*

Of Counsel:
Elizabeth A. McNamara
Bryan M. Tallevi
Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, NY 10019

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I caused the foregoing *ROLLING STONE L.L.C. LOCAL RULE 3.2 STATEMENT*, to be served on:

>Steven A. Sigmond
>The Law Offices of Steven A. Sigmond
>354 N. Canal, Suite 1208
>Chicago, IL 60606
>E-mail: steve@siglaw.com

by ECF on this 17th day of July, 2008.

                                            /s/ Lindsay H. LaVine