IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA SOLANO and CEIL STEARMAN,<br><br>                Plaintiffs,<br><br>        - against -<br><br>ROLLING STONE L.L.C.,<br><br>                Defendant. | 08 CV 3909<br><br>Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Valdez |

**NOTICE OF MOTION**

TO:    Steven A. Sigmond
            The Law Offices of Steven A. Sigmond
            354 N. Canal
            Suite 1208
            Chicago, IL 60606
            E-mail: steve@siglaw.com

**PLEASE TAKE NOTICE** that on **August 14, 2008 at 9:45 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Valdez, or any judge sitting in her stead in Courtroom 1300 of the U.S. District Court, Northern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(B)(6), Or, In The Alternative, For Summary Judgment,* a copy of which is hereby served upon you.

Dated: August 8, 2008

                                          Respectfully submitted,

                                          ROLLING STONE, L.L.C.

                                          By:     /Steven L. Baron_____
                                                    One of its attorneys

Steven L. Baron (ARDC #6200868)
Natalie A. Harris (ARDC #6272361)
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (312) 251-1000

*Attorneys for Defendant*

Of Counsel:

Elizabeth A. McNamara  (admitted *pro hac vice*)
Bryan M. Tallevi  (admitted *pro hac vice*)
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019

## CERTIFICATE OF SERVICE

      This is to certify that I have this date caused to be served served a true and correct copy of the foregoing *Notice of Motion* and *Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(B)(6), Or, In The Alternative, For Summary Judgment* on:

      Steven A. Sigmond
      The Law Offices of Steven A. Sigmond
      354 N. Canal
      Suite 1208
      Chicago, IL 60606
      E-mail:  steve@siglaw.com

via messenger delivery and via electronic mail on August 8, 2008.

      /Steven L. Baron/
      Steven L. Baron