IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA SOLANO and CEIL STEARMAN,<br><br>Plaintiffs,<br><br>- against -<br><br>ROLLING STONE L.L.C.,<br><br>Defendant. | 08 CV 3909<br><br>Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Valdez |

### AMENDED NOTICE OF MOTION

TO: Steven A. Sigmond
The Law Offices of Steven A. Sigmond
345 North Canal Street, Suite 1208
Chicago, IL 60606
E-mail: steve@siglaw.com

**PLEASE TAKE NOTICE** that on **August 28, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Lefkow, or any judge sitting in her stead in Courtroom 1925 of the U.S. District Court, Northern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present the *Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(B)(6), Or, In The Alternative, For Summary Judgment,* a copy of which was previously served upon you.

Dated: August 13, 2008

Respectfully submitted,

ROLLING STONE, L.L.C.

By:  /Steven L. Baron
One of its attorneys

Steven L. Baron (ARDC #6200868)
Natalie A. Harris (ARDC #6272361)
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (312) 251-1000

*Attorneys for Defendant*

Of Counsel:

Elizabeth A. McNamara  (admitted *pro hac vice*)
Bryan M. Tallevi  (admitted *pro hac vice*)
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019

# CERTIFICATE OF SERVICE

This is to certify that I have this date caused to be served served a true and correct copy of the foregoing *Amended Notice of Motion* on:

> Steven A. Sigmond
> The Law Offices of Steven A. Sigmond
> 345 N. Canal
> Suite 1208
> Chicago, IL 60606
> E-mail: steve@siglaw.com

via United States mail, First Class, postage prepaid, and via electronic mail on August 13, 2008.

/Steven L. Baron/
Steven L. Baron