Aug 14, 2008

# FILED

J.N    AUG 1 4 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

-----------------------------------------------x

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MELISSA SOLANO and CEIL STEARMAN    )
)
   Plaintiffs,    )
)   Case No. 08 CV 3909
  - against -    )
)   Judge Lefkow
ROLLING STONE L.L.C.,   )
)
   Defendant.   )
)
)

-----------------------------------------------x

## DECLARATION OF DEBORAH DRAGON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

   I, DEBORAH DRAGON, declare as follows::

  1.  I am the Deputy Photo Editor at *Rolling Stone* magazine (the "Magazine"), which is owned and published by defendant Rolling Stone L.L.C ("Defendant"). I submit this affidavit in support of Defendant's motion to dismiss the complaint or in the alternative for summary judgment in the above-captioned action. I have personal knowledge of the facts in the declaration and if called as a witness would be competent to testify on such matters.

  2.  Among other duties, I select photographs that are used to illustrate articles and features that appear in the Magazine. *Rolling Stone* regularly published a column called "On The Web" from March 2006 to June 2007 which highlighted interesting and unique websites (the "Column"). The Column was a regularly recurring editorial feature appearing in the "Internet" section of the magazine. It was designed for the newsworthy purpose of providing readers with descriptions of and information relating to various noteworthy websites.

  3.  The content of the Column (*i.e.*, the websites and images featured) was selected

solely based on the editors' belief of what will be of interest to the magazine's readers.

Advertising concerns play no part in deciding what to include or feature in the Column. *Rolling Stone* received no payment or other consideration for any website mentioned in the Column. The Internet section of the Magazine was included in the Magazine's Table of Contents.

4.      The edition of the Column appearing in the May 31, 2007 issue of *Rolling Stone* magazine, published in the "Internet" section of that issue, occupied approximately one-quarter (1/4) of a page and featured five different websites. The cover, table of contents and the Internet section from the May 31, 2007 issue of *Rolling Stone* magazine is annexed hereto as Exhibit A.

5.      The Column featured the following websites: (1) funnyordie.com (comedian Will Ferrell's new site); (2) liveearth.msn.com (a site devoted to the failed heavy metal band "Spinal Tap"); (3) thewvsr.com/advsreality.htm (an online gallery comparing advertising pictures of fast food with their real life depictions); and hotchickswithdouchebags.com (a site providing photos and commentary of "gelled-and-tanned dudes and hot babes mugging it up for the camera"). A true and correct copy of the Column is annexed hereto as Exhibit B.

6.      To illustrate the type of material that can be found on the websites featured in the Column, the editors reproduced photographs appearing on or relating to three of the five sites. For example, a photo of Will Ferrell was published next to the description of the funnyordie.com site, along with images of Alec Baldwin and Dora the Explorer (who were the subjects of one of the video clips on that site). A photograph of a fast-food hamburger was reproduced from thewvsr.com/adsvsreality/htm, to provide an example of the photos that appear on that site. Likewise, a representative photograph from hotchickswithdouchebags.com was republished next to the Column's description of that site.

7.      The website hotchickswithdouchebags.com (the "Website") was included in the

Column because the editors believed that it was a noteworthy site that would be of interest to the magazine's readers. (I enclose as Exhibit C the homepage for the www.hotchickswithdouchebags.com website which includes a description of the site.) The photograph of plaintiffs that appears along side the Column's description of the Website (the "Photograph") was obtained directly from hotchickswithdouchebags.com, where it was originally posted on or around November 2006. At the time the May 31, 2007 issue of *Rolling Stone* was made publicly available, the Photograph was prominently displayed on the Website as the "HCwD of the Week", in a larger and clearer format than eventually appeared in *Rolling Stone*. Annexed hereto as Exhibit D are true and correct copies of relevant pages from the Website displaying the Photograph with accompanying commentary. I understand that at some point after the publication of the May 31, 2007 issue the Photograph was deleted from the Website.

8.    The editors republished the Photograph in the Column for the purpose of illustrating, for the magazine's readers, the subject of the Column and the type of material that could be found on the Website. The Photograph was selected because it appeared prominently on the Website and was representative of the type of photographs that appeared on it; namely, "dudes and hot babes mugging it up for the camera."

9.    The Photograph shows only the women's profiles and does not display any other recognizable traits, characteristics, or personal effects. I did not believe that the two women were identifiable. Along with other photos included on the Internet page that were obtained from various websites, I asked production to somewhat blur the faces. Since the Photograph was being used editorially as an illustration for an article about the Website (and the Photograph was

obtained from the Website), we did not (nor would we ever) obtain consent of the persons depicted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August **7**, 2008.

Deborah Dragon

## CERTIFICATE OF SERVICE

This is to certify that I have this date caused to be served a true and correct copy of the foregoing *Declaration of Deborah Dragon in Support of Defendant's Motion to Dismiss or, In the Alternative, for Summary Judgment* on:

> Steven A. Sigmond
> The Law Offices of Steven A. Sigmond
> 354 N. Canal
> Suite 1208
> Chicago, IL 60606
> E-mail:  steve@siglaw.com

via messenger delivery and via electronic mail on August 8, 2008.

> /Steven L. Baron/
> Steven L. Baron

EXHIBIT A

Case 1:08-cv-03099 — Document 22 — Filed 08/11/2008 — Page 7 of 31

# ...OON 5 ★ ARCADE FIRE ★ WILCO

*Rolling Stone*

*rollingstone.com*
Issue 1027
May 31, 2007 >> $4.50

**ALL FLIPPER
NO GIPPER**

**GOP's PATHETIC
CANDIDATES**

## KEITH RICHARDS
## & JOHNNY DEPP

# BLOOD



# RS1027

## "All the News That Fits"

**ROCK & ROLL**

**13** **Rock Invades Iraq** The military is seeking bands to play in Iraq's toughest war zones. PLUS: Mick Jagger, Neil Young and Eric Clapton pay tribute to Ahmet Ertegun.

**BREAKING**

**32** **Brazilian Group +2 Make Samba Cool Again** PLUS: Sexy sister act the Pierces craft pretty folk pop.

**Q&A**

**36** **Adam Levine's Hit Machine** The Maroon 5 singer on his secret to writing a Top Forty smash: Listen to the kids.

**RANDOM NOTES**

**38** **Diddy, Fitty and Hova Throw Down in Vegas; Britney Bares All; Avril Takes the Cake**

**STYLE**

**40** **Rufus Wainwright: Cross-Dress to Impress** The cabaret-pop singer on his new look: bisexual chic.

**INTERNET AND TELEVISION**

**42** **Dirty Diaries** Five girls blog about bathroom hook-ups, turning tricks and sex with Republicans. PLUS: Why *Lost* remains the definitive mirror of the post-9/11 world.

**NATIONAL AFFAIRS**

**46** **Three Wrongs Can't Please the Right** The GOP presidential candidates can run away from Bush, but they can't hide from their own records. *By Tim Dickinson*

**FEATURES**

**52** **Blood Brothers** An exclusive Q&A with Johnny Depp and Keith Richards: the *Pirates 3* stars on the power of skull rings and the essence of being cool. *By David Wild*

**59** **America's Most Dangerous Comedian** How a gay white man from the South has reinvented blackface and ignited age-old controversies. *By David Holthouse*

**63** **The Unforgettable Fire** Backstage and on the road with the U2 of indie rock: Arcade Fire. *By Gavin Edwards*

**69** **The Departed** Eight heartbreaking stories of soldiers killed in Bush's meaningless war – and the families they left behind. *By Jenny Eliscu*

**81** **Summer Movie Preview** From *Bourne* and *Ocean's* to *Pirates* and *Shrek*, three is a magic number. *By Peter Travers*

**REVIEWS**

**87** **Wilco, Maroon 5, Linkin Park, the National, Ne-Yo, Travis, Ian Hunter, CocoRosie**

**CHARTS**

**102** **Ne-Yo Edges Out Michael Bublé for Top Spot** PLUS: Tori Amos' favorite classic-rock hits.

**COVER** Photographed by Matthew Rolston
Johnny Depp and Keith Richards at Smashbox Studios, Culver City, California, September 2006. Styling by Samantha McMillen for the Wall Group. Depp's vintage T-shirt by Tabloid Los Angeles. Hair and makeup by Va Neill.

MARK CORDELL/GSON (MELLENCAMP ONSTAGE); ELAINE MELLENCAMP (MELLENCAMP AND SOLDIER); ROBB D. COHEN/RETNA (BUTLER)

# JUST IN.

## Mellencamp Rocks Walter Reed

On April 27th, John Me showed up at Walter R Medical Center in Wash D.C., to play a surprise injured troops. Mellenc the ward with a one-ho hits set. (Joan Baez, wh slated to play with Mell was banned.) An outsp of the war, Mellencamp things nonpartisan. "I k opinions to myself toni told ROLLING STONE. "T: the people who were th



On April 26th, Mellencamp met with veterans.

### NOW AT ROLLINGSTONE.COM



**RS On Camera**
See executive editor Joe Levy's weekly roundup of new music and Jenny Eliscu's take on *American Idol*. Plus: Chat with Linkin Park and hang backstage with the Bravery at ROLLINGSTONE.COM/VIDEO

Al's Won Butler

**Meet Arcade Fire**
Teenage arrests, nautical poetry and problems with the border patrol: Get to know all seven members of indie rock's brightest band with mini-profiles at ROLLINGSTONE.COM/ARCADEFIRE

**Summer**
Check out v of Peter Tra discussing t *Pirates of th At World's I* on-set chan between Ke and Johnny ROLLINGSTONE





# INTERNET



# Dirty Diaries

Once the province of pulp fiction and *Penthouse Forum*, sex writing has undergone a fast-and-dirty makeover on the Web, thanks to a profusion of scintillating blogs. These five are our favorites – all anonymously written by women and definitely not safe to read at work. BY LAUREN GITLIN

### ONE D AT A TIME, A.K.A. SLUT MACHINE

AGE: 28  LOCATION: New York

The best of the group, this year-old blog, penned by a former magazine editor and full-time freelance writer, is chock-full of salacious exploits. It includes a special category called Potty Girl, in which Slut Machine evaluates public bathrooms on how well they accommodate hook-ups.

SAMPLE QUOTE: "Much like my nose, I cum more often. I like the shaved and, not at least . . . I squeeze. Sometime I was the rat while I too I squeezed wedge, that I have exactly enough, that was a fleece increase craving the first time's fucking fuck fuck glaze."

### CONFESSIONS OF A COLLEGE CALLGIRL

AGE: 23  LOCATION: New York

A real-life Manhattan prostitute documents her outrageous experiences with a literary bent: "I was never a hooker who decided to write – I was always a writer who happened to be a hooker."

SAMPLE QUOTE: "I was living on the 100 dollars every 2 weeks that my mom was sending me. So I started my own business, 100 dollars for a projected handjob or blowjob, 150 for intercourse. Eventually I started making 200 or 300 dollars for 15 minutes of work."

### TURN YOURSELF IN

AGE: 19  LOCATION: Los Angeles



Young, unapologetically randy California college girl "Zoey" writes about her various potential partners (ranked 1-10) in a voice that mixes bravado and sexual assurance with authentic insecurity.

SAMPLE QUOTE: "I'm 5'9", carefully that you fuck had caught in sex I do by, I have to 2 cannot believe, this stuff that come a out of his mouth . . . the odor that when my time fucking strawed with his big and I half of my poor his frame, he'd say I'm very it was to sleep says fuck as available on . . . I love sucking that number."

### OVERWORKED & UNDERF*CKED

AGE: 29  LOCATION: California

The most engaging feature of this blog is the weekly "f*ckblogging" column – where the author makes fun of photo submissions of you-know-what. Also check out how-to posts on preparing for casual encounters and one-night stands.

SAMPLE QUOTE: "Hive, free, little penis! Free from the tyranny of those constrictive jeans! Free the impression of high-hybrid! Free the stifle of non-breathable unmentionables. Go to where your heart lies, dear penis. Oh, and stop by my place on your way."

### THE ETHICAL SLUT

AGE: Unknown  LOCATION: New York

This "Slut" deals mostly with dating and relationships, making this blog perhaps the tamest of the lot, and it could be getting tamer now that the author has sided with the enemy, i.e., entered into a monogamous relationship.

SAMPLE QUOTE: "At on I you but matter she does thinks liberates my heart all of pages. I felt all this body, through groups of that has her feet she also I about this blog, agree clause explosion to why, 200 those end of images of my year . . . the life as over to get away from the subject of baby jam of Canada."

## ▶ ON THE WEB

### Funny Pages

### Spinal Tap Return

### Fast Break

### Text Machine

### Say Cheesy

EXHIBIT B

# ► ON THE WEB

## Funny Pages

At Will Ferrell's new site, users vote on which clips are the most gut-busting and which should languish "in comedy hell." Check out the clip where Ferrell gets chewed out by his infant landlord and the one of Dora the Explorer getting a call from Alec Baldwin.

**funnyordie.com**

## Spinal Tap Return

Twenty years later, Marty DiBergi catches up with metal's biggest failures as they prepare for their reunion at the London Live Earth concert. The highlight of this fifteen-minute clip: Nigel Tufnel's new career breeding miniature horses.

**liveearth.msn.com**

## Fast Break

Watching Morgan Spurlock nearly kill himself in *Super Size Me* didn't entirely convince us to give up fast food. But this gallery, comparing the slick advertising pictures of burgers to their real-life depictions, has us jonesing for some leafy greens.

**thewvsr.com/adsvsreality.htm**

## Text Machine

Voice-mail messages may go the way of the answering machine thanks to SpinVox, which takes all incoming e-mails and sends them to you as e-mail or text messages. You can also sign up to phone-in blog posts and blast messages to all your contacts. A useful service... that's one step closer to turning mankind into a race of cyborgs.

**spinvox.com**

## Say Cheesy

The site name says it all: photos of gelled-and-tanned dudes and hot babes mugging it up for the camera. Can you handle all the douchey-ness?

**hotchickswith douchebags.com**



**EXHIBIT C**



Hot Chicks with Douchebags

Pictures of hot chicks with total and complete douchebags. With commentary.



Buy the Hot Chicks with Douchebags book

Thursday, August 07, 2008

## Ted the Bouncer's Day Off



I can't call 'bag for the angular features. Nor for the leather jacket in and of itself. Not even for the retro Rocky Balboa porkpie hat.

But Ted the Bouncer, you tweeze your eyebrows. And you're making the Shocker, whereas true uberscrotes now make the Dirty South Fish Hook.

For that, you fail even at scrotewankery.

I can only imagine the Miami Beach twang on Tracy, but I would still chase a sherpa through the underbrush during monsoon season just for the chance to meditate at the base of the railing where she once rested her tatines after a long and sweaty workout.

# posted by Douchebag1 @ 11:21 AM  16 comments 🖂

on Amazon

## About Me



**Name:** Douchebag1
**Location:** Los Angeles, CA, United States

I'm douchebag1, your humble guide into the dark cultural trainwreck of hottie/douchey commingling. This site is all about poking fun at douche-scrotes and the hotties who love them. If you're in a photo and upset about the verbal smackdown you morally and spiritually deserve, email me and I'll take down the photo. Otherwise,

Hot Chicks with Douchebags

douche-on!!

View my complete profile

The 2007 Douchies

Submit a pic to **Hot Chicks with Douchebags**

# Hot Chicks with Douchebags

## FAQ

Advertise on HCwDB

## BETUS!

Get some action at BetUS sportsbook. Score a FREE BetUS Girls Swimsuit Calendar and DVD!

Beverly Hills Dentist

Dental Spa
Woodland Hills Dentist
Beverly Hills Rhinoplasty
Lebron James
Find the perfect Singles Dating and Adult Dating Site at the Dating Resource!
Get Van Halen tickets, Springsteen tickets, Bon Jovi tickets, and Matchbox Twenty tickets

## Hall of Scrote
Glinty
Socrates 2 3 4 5 6
Yellowtail

# Squidward II



Did Janice buff off that "New Scrote" sheen from Squidward since the last pic?

# 2-Live Carl



Because nothing says "pimp" like cocktails in your uncle's faux-wood paneled basement in Charlotte, North Carolina, busting the bro-ist Volcom hat since the last UNC pep rally.

Give it up, Carl. The ladiez really don't want to see your "gatt."

# posted by Douchebag1 @ 10:10 AM 25 comments

Hot Chicks with Douchebags

Purple Lips
Old No. 7 aka Cro 'Bagnon 2 3 4
Dung Beetle 2
Douche Lee 2 3
St. Pat
Donkey Douche >2 3 4 5
White Chocolate 2 3 4 5
Fish Slap 2 3 4 5
Xenu 2 3 4 5

# posted by Douchebag1 @ 8:56 AM 41 comments 🖂

## Scrote Quiz



ene

This creepy tool in the presence of bottom powdering Waspy Hott can best be described as:

A. An eye makeup applying playdoh golum of uberscrotery

B. A local DJ named "Scooter" whose daily wacky banter on the morning drive compliments the droll sensibilities of the host, "Dr. Dave"

C. The drummer of an early 1990s thrash band who once charted at #72 between the rising Ace of Bace hit, *All That She Wants*, and the rapidly falling *Whoot, There It Is*.

D. Robert Engand's unemployed younger brother, Douchey England.

E. All of the Above now Put On a Shirt

# posted by Douchebag1 @ 7:06 AM 58 comments 🖂

Wednesday, August 06, 2008

## Squidward



Natural Resources expert Janice finds an innovative solution to the oil crisis.

EDIT: Changed the name to the far more accurate "Squidward" as suggested by *Douchey Smirf* in the comments thread.

# posted by Douchebag1 @ 1:30 PM 68 comments 

## Wednesday Limerick



*At the kegger, young Sarah felt a bump,*
*It came from behind like a lump,*
*A crimson oldbag,*
*Who smelled like wet shag,*
*And thought "how do you do?" meant a groin*
*pump.*

Yeah, got nothin' for the limerick today.

# posted by Douchebag1 @ 12:53 PM 60 comments 

## Flush This

Is that a heart pattern shaved into your
greased up hair, or are you just glad to see

Hot Chicks with Douchebags

**Oompa Prompa 2 3**

her?

**I got nothin'.**

Someone flush this away.

# posted by Douchebag1 @ 11:20 AM 47 comments ⬛

## HCwDB in NYC -- Monday August 11th



Fellow 'bag hunters, after a number of venue changes I'm finally able to announce the date and location of the New York City HCwDB book signing.

Yes, your humble narrator on all things scrotey/suckle-thigh will be appearing **Monday, August 11th,** at The Cutting Room starting at 6:30pm.

Yours truly will read select excerpts from the **book** and then sign from the **book** and then sign one reader **did** after snapping this juxtapositional pic.

anything and everything offered within reach of my pen. I will have books for sale, or bring your own if you've already bought one at your local Borders Bookstire, as one reader **did** after snapping this juxtapositional pic.

**No cover charge, and drinks and boobies will be for sale at the bar.**

**Represent, NYC/NJ HCwDB fans. I'd hate to sip my Train and munch on my HoHos all by lonesome.**

# posted by Douchebag1 @ 8:52 AM 49 comments ⬛

**The Joey Porsche Experience 2 3 4 5**

Hot Chicks with Douchebags

The Ab Lobster 2 3 4 5 6
Peaches 2 3 4 5
The Trainwreck 2
The Gator 2 3 4 5 6 7
The Stereodouchtonic Twins (STDS) 2 3 4
The Crustacean 2 3
He Just Bangs Bitches and Drinks 2 3 4
Millennium 'Bag
Deathtongue 2
Velveeta 'Bag 2 3 4
King Douchuous the IV 2 3 4 5 6 7
Bra!! Broheim!! Bro!! Dude, Bra.

RazorGator Event tickets: Concert tickets
Sporting Events
Super Bowl tickets



OFFICIAL HONOREE

2008 WEBBY AWARDS

IN A WORLD FULL OF LOSERS

Purg Hottie
She Loves Me
She Loves The 'Bags
She Loves Me

# HCwDB of the Week: Mooby Dick

At first I'd hoped to forget the trauma of the Mooby Dick experience as fast as possible. But then I remembered our collective mission quest.

We must face scrote/hott commingling in all its innovations. Like tracking a mutating virus, we must highlight douchal innovation and expose to the sanitizing light of the collective mock.

The scrotal power of Mooby Dick's innovation in next-level douchebaggery, all with fondling hott along for the ride, was too much to ignore. And in a week when the hotts were all secondary, the power of pec-douche was simply too rank.

*doucheous nero explains:*

*The smoking deflators have been done before. Earwig is merely archetype scrota. The dick, on the other hand, is pushing the envelope; a next step in the evolution of 'bagrine manamals. The shirt is a wholly new douchal artifact. And the acid washed bell bottoms? My disgust turns to anger. This, good sirs, is an abomination. Such expansion of the douche arsenal, while not well deployed here, must be mocked at least with level of mocking accorded in the weekly, and thus stamped out. If we fail to act now the puffery we see here could become common scrotal conduct.*

*We should pile upon the dick's white shirt the sum of all the general rage and hate felt by this whole 'bag-hunting race; if my chest was a mortar, I would burst my hot heart's shell upon such exposed moobies.*

*Or as Scrotiserie Chicken puts it:*

*Mooby dick has to take it, simply because that shirt is reserved for two types of*

Hot Chicks with Douchebags

Page 7 of 17

She Loves The 'Bags
She Loves Me
She Loves The 'Bags
She Loves Me
She Still Loves Me

## The Future Ex-Mrs. DB1

I loves me some librarian glasses wearing brunettes

### Pumpy

Pumpy
Pumpy II
Pumpy III

Advertise on HCwDB, Click
Here To Learn How.

Make A Donation

### archives

March 2006
April 2006
May 2006
June 2006
July 2006
August 2006
September 2006
October 2006
November 2006
December 2006
January 2007
February 2007

people: the first is BREASTFEEDING MOTHERS IN THE COMFORT OF THEIR OWN
HOME, and the second is the people that will spend eternity in the 7th circle of
hell. Mooby ftw

Well said, S.C. The pain of the Moobs are deep and lasting, and lost in his pectoral
scrotitude is the very delightful hott that's fondling them. snoop douchey douche
explains why SDB voted for The Earwig:

Look, I ... um ... vote for Earwig for two reasons. 1, I am in awe that the
Steestock from "Land of the Lost" can pull tail.

But the other reason -- the sadly, deeper reason -- is that I am genuinely
wounded by Mooby. I can't deal with that photo. It's like "where were you when
Reagan was shot? when the shuttle ...? it sorta never fails
to put me in a foul mood. prime ministers fly flags at half-staff at the thought of
that bag.

I simply can't vote for Mooby. I am going for the quantity and irritability of
Earwig over that pec tsunami that torments my soul. I ... just ... f-ing ... can't ...
vote ... for ... him.

The pain is very real, SDD. However Michael Douchekakis makes an important
point about the Smog Magog Experience:

Smog Magogs. Any place that appears to have a security camera attached to a
palm tree must be fool of douches and bleeths.

And douchey howser m.d. also casts in with the Magogs:

Indeed it does, M.D. The always present anonymous agrees:

I've seen a lot of douche's on this site but The Smog Magogs are the first to make
me want to give them a smack of biblical proportions.

Smog Magogs...this is also a tip the armani fedora towards them for a vote in the
Hall of Scrote. Take a closer look at these chadd up waste cases...30+ still
hanging on to their rockin 20s, nasty greasy chesty stretch marks, white trash

March 2007
April 2007
May 2007
June 2007
July 2007
August 2007
September 2007
October 2007
November 2007
December 2007
January 2008
February 2008
March 2008
April 2008
May 2008
June 2008
July 2008
August 2008

**Links**
Thrillist
GorillaMask
CollegeHumor
Glenn Greenwald
Crooks and Liars
The Superficial
Tucker Max
Salon
· I Do Nothing All Day
· The I Have to Go In A Minute Show
· The Bunny Blog

hott who they probably tag teamed that night (and im kinda jealous), nipple rings hanging off of pecs like a drunken sherpa guide on the side of Everest that resemble my grandad's ballsack. And don't ask how I know what my grandad's ballsack looks like.

Well argued, DHWD. The Magogs will likely get a 2008 Douchie nom in December, so we will have another chance to mock their deflated balloonery. Earwig also found fervent mock, as batou throws down:

*Earwig FTW. Smog Magogs are truly vomit inducing, and no words will ever fully describe the horror that is Mooby. Like combat vets, all who saw this monstrosity will share a bond that no one else who wasn't there will never fully understand.*

*Earwig alone, however, inspires an overwhelming impulse to kill: I want to grab him by the ankles and swing his greasy face repeatedly into a building. That his hott is apparently not beyond redemption and lingering in a fully recovery-capable*

But reader *whoop-d-douche* takes it home for the innovation of the Moobster:

*Mooby Dick: There is NO way to even describe his total-scrotal douchiness, his clownface tongue and the obsession with cut-outs: removed piece of shirt to expose Moobs, sewn-in piece of something to expand jeans into bell-bottoms, pointy-toed shoes, YIKES. No matter which way he leans, he is still MALE and the FEMALE grabbing his Moob is a laughing, giggling Hott, although not steaming-Hott.*

*It's Mooby Dick, hands down, as in how he grabs the hottie's thigh while dipping the dance move, no less. And she just laughs and laughs. While the rest of us puke.*

Or, as the everpresent *anonymous* explains:

*it must be mooby, even a douche would stop and have a second look*

Very true, EA. Very true. And finally, *grumpy llama* posits a hypothetical:

Hot Chicks with Douchebags

**Dead Frog**
**Bill Hicks**
**Buffalo Beast**

Subscribe to
Posts [Atom]

*If Mooby fell in the woods and no one was there to see it, would he still be a douche?*

*You're damn right he would.*

*Mooby, FTW.*

Mooby's scrotal pecs have earned their place in the next Monthly, and he's bringing along Scrunchy Hott for the ride. We can't avoid this reality, much as we might try.

So we witness. And punch those pecs a slot in the Monthly.

# posted by Douchebag1 @ 7:09 AM 33 comments

---

Tuesday, August 05, 2008

## Velcro Flabulous



There's a number of factors that should cause our collective psyches to melt down upon witnessing this doucheflab mugging the most exciting Danish plaything since the Lego Rocket Launcher.

The Dolce underwear.

The smackworthy douche-face.

The bling, hang gesture, fauxhawk and stupid-ass reflection sunglasses.

The fact she is a melting-pot of fondue brie cheese hott.

But it's the velcro sneakers that task me. That,

and the fact that I'd suffer the slings and agonies of outrageous fortune and take arms against a sea of tribbles, just for the chance to ham her lets.

Yeah, I made a Hamlet double entendre mixed with a nod to Tribbles. Oh, like you've never used the classic Hamlet/Star Trek combo for sexual euphemisms before.

Man, I need a drink. I think those boobies just caused a verbal meltdown.

# posted by Douchebag1 @ 1:41 PM 58 comments 💬

## Donkey Douche and Cultural Capital



For Donkey Douche and his Ukranian

There's a certain giddyness I get when I get a new picture of legendary *Hall of Scrote* member Donkey Douche in my inbox.

Watching the Donkster's primal ooze and garish style in the presence of sweet suckable boobie hottie powder thigh no longer infuriates. The Donkster simply illuminates.

hottbag accessory are no longer simply a couple. Within our collective simulacrum, they are the douche-id of scrotal modernity. Watching his progressive devolution while his Ukranian **Hott** tries to keep up speaks to a much broader cultural journey.

As noted cultural theorist Pierre Bourdieu describes it, Donkey Douche has acquired symbolic capital through absorption of media sanctified signifiers within his habitus. Witness the Donkster's recently added ginormous shoulder tribal tatt. His hairstyle change to vertical fauxhawk. These symbols communicate the Donk's

acquired cultural capital within the symbolic realm.

As such, the Donkster's body no longer exists as physical presence. It becomes untethered. A douchal hyperlink, if you will.

Donkey Douche engages his own body as scrotal Rorsharch Test offered up for societal decoding. His primitive cluelessness and lack of awareness of his own agency become the blank canvas with which our culture inscribes its trendlines. The Donkster doesn't choose douchosity. He is simply a blank receptacle for societal imposition. The Donk's body, a nexus point of social reception.

Or, as famed philosopher Tawny Kitaen once said, "Unnnmmgghhhhhh."

Exactly, Tawny Kitaen. Exactly.

# posted by Douchebag1 @ 11:16 AM, 56 comments 🖂

## 'Bag / Not a 'Bag



Yes, Chester is the drunk annoying guy at the Rare-Ass Blue Cup Kegger frat party. But is he true scrote?

There's 'bag hand gesture #68. And the skinny Elvis Costello tie + satin shirt combo, which isn't douchey per se, but violates at least six aesthetic factors.

And of course there's the fact he's macking on blonde 1989 Paula Abdul. She has that sultry slight curl to her smile that says, *I will stay up all night powdering your bottom with talcum powder, then spanking you with a wet tennis racket, only to get into grad school*

*in the morning.*

Or, to get totally obscure, she's Bootsy From the 1985 Tom Hanks classic, *Volunteers*. Someone show me some love on this reference. Don't leave me hangin'.

# posted by Douchebag1 @ 8:54 AM 68 comments

## Caption This Pic



*Some called them a trio of douche and Bleeth, but to their critics, Kendra, Suze and Trey had a simple five letter response: IAEWE.*

*.*

# posted by Douchebag1 @ 7:09 AM 121 comments

**Monday, August 04, 2008**

## The Vegamite Sandwich



I love the passion for hottie/douchey hunting that comes from the site's fans in Australia.

Our friends in Oz, in addition to producing lunchmeat legs like the actress hotts featured in 1992's

*Flirting* (introduced us to Thandie Newton, Nicole Kidman and Naomi Watts), share a keen passion for mocking all that is scrote.

Enjoy the two Aussie Birds, featured here. I can only imagine their twangy dialect as they order another local brew before going off on a drunken rant about how "Fosters tastes like piss," then passing out in a puddle of their own vomit.

As to the douche? Nothing says "urban gangsta" like working at a fashion mall in Melbourne. Give it up, Russell.

# posted by Douchebag1 @ 2:01 PM 56 comments 🖂

## Reader Mail: Carbaggery



Amber/Lotus writes in:

....

*Hey DB1, how ya doin?*

*I'm a fairly new 'bag hunter, having only been introduced to the site when Attack of the Show featured you a while back.*

*I've been working my way through the archives and have my copy of the book but I have a question for you that I haven't seen covered yet:*

*Does a guy's car count towards his douchebaggery?*

*In my 8 months living here in Tuscon, I've never seen the guy who drives this truck but I just HAVE to assume that the owner is scrotetastic, right? Note the lack of door handles and the 1 inch of ground clearance (I'm assuming keyless entry and hydraulics or something but still, douchey).*

*No way does a hot chick or a soccer mom or a banker or a normal and completely dateable dude drive this vehicle. It has GOT to be someone with a mandana and chin pubes and probably 4 large gold chains (2 of which are probably Jesus bling). Probably a Virgin Mary tattoo, too. So what say you? Is a choad's ride another indicator of his choadity?*

*Love, hugs and boobies,*
*Amber/Lotus*

...

Great question Amber, and yes. Yes it is.

Problem #1 in examining your situation: Tuscon. Escape. Fast. Come let the DB1 protect you from the douchal plague. By offering you cheap wine in a plastic red cup. And staring at your boobs while you're watching T.V., and, when caught, pretend I was just looking for the remote.

# posted by Douchebag1 @ 12:49 PM 66 comments 🖼

## The Porcupine and Michelle



While you're mulling your vote in the Weekly, here's The Porcupine and Michelle.

I'm pretty sure there's a less well known children's tale by Maurice Sendak that covers this pic. It involves teaching children an important lesson about sharing, humitity, and hair gel. *Where the Douchey Follicles Are.*

But before you go knocking the gift as a *nottahott*, there's a very good chance she'd clean up nicely. And besides, with the Porc's blowout, there was no way I wasn't running this pic.

# posted by Douchebag1 @ 11:31 AM 63 comments

## HCwDB of the Week

Last week was so overwhelming in its hottie/douchey totality that I'm nearly at a loss as to what to select for the Weekly. Good thing I'm in NYC, prepping for a book signing (details changing, but will be announced in a day or two), and drinking heavily on Avenue B.

And yes, we all need to drink heavily after Douchebag Beach and hearing Cro 'Bagnon speak on Saturday.

The Weekly after a Monthly is always doubly interesting because it features two weeks of pics to cull down. Indubitably, some faves will be left out. Either that, or I just like typing the word "indubitably."

### HCwDB of the Week Finalist #1: The Earwig



Because one can't douche properly if not hydrated.

The Earwig brings us the rocker scrote in action. Everything that went wrong somewhere between the death of grunge and the rise of *American Idol*. Plus nasty-ass freedom trail.

The two delightful Karen-From-Staten-Island bridge and tunnel hotts remind us that the truly ascendant

HCwDB pic must feature both hott and choad in unholy dialectic. This is one of the reasons the excoriating A.D: Artificial Douchetelligence missed a victory in the Monthly, and why The Earwig has a legit shot.

For rage inducing "real-douche" polarities, this pic has it all.

## HCwDB of the Week Finalist #2: The Smog Magogs



Originally appearing as a Friday Haiku, this pic has haunted me like a naked Kathy Bates in *About Schmidt*. These two punctured balloons have appeared on the site before here and here (props to Darksock for the finds).

Their greasy scrotosity is overwhelming. And she'll get drunk and make out with six guys at the bar. And yes, I'm saying that like it's a good thing. Even though it isn't.

For their body of work, and by body of work I mean chest sag in the presence of hott perk, the Magogs deserve consideration not just for a Weekly, but possibly for the *Hall of Scrote*.

And she is an understated tasty dessert of trampy delights.

## HCwDB of the Week Finalist #3: Mooby Dick



**I don't like this** as much as you don't like this. This pic is our penance. It is cruelty outside of mockable douchuousness, and for that, I apologize.

I wish this pic would just go away. It pains me somewhere deep in my cerebellum.

And yet we must witness. For we are the 'bag

hunters. We are the hott savers. And if ever there needed the collective fire hose of societal rejection, it is this picture.

**Does that mean it's worthy of winning a Weekly? I'm not sure.**

Can we turn the other pec? Can we ignore the monstrosity of mooby fondling by a brunette scrunchy hott?

Did I just write a sentence that actually contained the sequential wording, "monstrosity of mooby fondling"? Take that, James Joyce.

I disqualified The Nipper on account of possible legit Maori origin (and skanky hott). And Oldbag was just too "Roger Ebert talks about Hermione in Harry Potter" creepy. Boa Arthur and the Errand Twins were also painful near misses. Finally, Fermented Mead, Glare of the Emo and Staten Island legend Tai Chia, the hardest to leave off of all.

What an incredible few weeks of hottie/scrotey commingling, a testament to the submissions I've been getting lately. But also a tough task to cull down to a final three. Nonetheless, my highly scientific methods have determined your finalists.

Vote, as always, in the comments thread.

# posted by Douchebag1 @ 6:11 AM 150 comments 

 **Blogger**

**Hot Chicks with Douchebags Google Search:**

[                    ] [Search]

EXHIBIT D

Hot Chicks with Douchebags: November 2006 - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back ▾

Address http://web.archive.org/web/20071123105807/www.hotchickswithdouchebags.com/2006_11_01_hotchickswithdouchebags_archive.html Go Links

Google C ▾ Go Search Favorites Bookmarks 508 blocked Check AutoLink AutoFill Send to ▾ Settings ▾

posted by Douchebag1 @ 10:24 AM

## HCwD of the Week: The 'Bagsgiver



Guess there was never any doubt. You put two little pink balls of fluff and a raging pimple of scrote in a 70s sauna, and the urge to kill is overwhelming.

It's gonna be a brutal HCwD of the Month douche-off next week. All sorts of hair gel flying, bling swinging, sunglass breaking, smirking, douchitude and hotness all spinning around a giant existential blender that makes you question God, morality and whether Fig Newtons are better than Oreos or not. I say yes.

As to the breakdown, while The 'Bagsgiver ran away with things, there was certainly some love (and by "love" I mean spew) thrown at Doucherole and Tree. As *Mitch Meats* put it:

*Obviously, #1 wins hands-down this week and probably HCwDotY, if there is one. This is mainly based on the juggernaut strength of the hotties in question. Even though you cannot see their faces, they are clearly keen on running around naked, which makes them both stars in my book. It's as if the DB in question is studying the natives of some far-off, third-world, wood-panelled civilization of sluttery. However, 'Bagsgiving/Doucherole's pose in #3 is infinitely more offensive because you can actually see his eyes looking at you and the tongue which he is presumably going to be be plunging into that little morsel*

Done, but with errors on page. Internet