# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3909 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Solano vs. Rolling Stone | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Applications for leave to appear pro hac vice [11] and [12] are granted.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | MD |
|---|---|---|